## HUBBARD v. BOARD OF EDUCATION OF NEW YORK CITY.

No. 307, Misc. Decided October 9, 1961.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## JOHNSON ET AL. v. DISTRICT COURT OF IOWA IN AND FOR FAYETTE COUNTY.

No. 331, Misc. Decided October 9, 1961.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.